IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ERIC PIGUES AND TISE PIGUES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 2:18-cv-02680-TLP-dkv |
| v. | ) |
| | ) JURY DEMAND |
| H & M INTERNATIONAL TRANSPORTATION, NORFOLK SOUTHERN RAILWAY COMPANY, JEREMY K. SCOTT, AND TECHNICAL SERVICES INTERNATIONAL, MI-JACK PRODUCTS, INC. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CROSSCLAIM**

Defendant/Cross-claimant Norfolk Southern Railway Company ("Norfolk Southern") moves to voluntarily dismiss its crossclaim for indemnity and contribution against Defendant/Cross-defendant H&M International ("H&M") under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (ECF No. 32.) The Motion is unopposed. For good cause shown, Norfolk Southern's Motion is GRANTED. Norfolk Southern's crossclaim against H&M (ECF No. 10 at PageID 69) is DISMISSED without prejudice.

**SO ORDERED**, this 6th day of December, 2018.

                                    s/Thomas L. Parker
                                    THOMAS L. PARKER
                                    UNITED STATES DISTRICT JUDGE